# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ALBERT BLANKENSHIP,

    Plaintiff,

vs.

LORRIE E. STEWART, *et al.*,

    Defendants.

2:17-cv-01019-RFB-VCF

**ORDER**

Before the Court are Plaintiff's Motion for Leave to File Amended Complaint (ECF No. 27) and Defendants' Motion to Strike Plaintiff's Damages (ECF No. 29).

Accordingly,

IT IS HEREBY ORDERED that a hearing on Plaintiff's Motion for Leave to File Amended Complaint (ECF No. 27) and Defendants' Motion to Strike Plaintiff's Damages (ECF No. 29) is scheduled for 1:30 PM, March 22, 2018, in Courtroom 3A.

DATED this 13th day of March, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE