AARON D. FORD
  Attorney General
HENRY H. KIM (Bar No. 14390)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada  89101
(702) 486-3095 (phone)
(702) 486-3773 (fax)
Email: hkim@ag.nv.gov

*Attorneys for Defendants*
*Timothy Filson and Lorrie E. Stewart*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALBERT BLANKENSHIP,<br><br>    Plaintiff,<br><br>vs.<br><br>LORRIE E. STEWART, *et al.*,<br><br>    Defendants. | Case No. 2:17-cv-01019-RFB-VCF<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

It is hereby stipulated and agreed by and between Plaintiff, ALBERT BLANKENSHIP, and Defendants, TIMOTHY FILSON AND LORRIE E. STEWART, by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, and Henry H. Kim, Deputy Attorney General, that the Second Amended Civil Rights Complaint in the above captioned matter be dismissed in its entirety with prejudice,

. . .

. . .

. . .

1 | based upon the settlement agreement negotiated in the related 9th Circuit case. Each
2 | party shall bear their own attorney's fees and costs.

3 | DATED this 15th day of June, 2021.  DATED this 15th day of June, 2021.

4 | GALLIAN WELKER,  AARON D. FORD
5 | & BECKSTROM, LC  Attorney General

6 | By: /s/ Travis N. Barrick  By: /s/ Henry H. Kim
7 |  Travis N. Barrick (Bar No. 9257)  Henry H. Kim (Bar No. 14390)
  *Attorney for Plaintiff*  Deputy Attorney General
8 |  *Albert Blankenship*  *Attorneys for Defendants*
   *Timothy Filson and Lorrie Stewart*

11 | IT IS SO ORDERED.

14 | RICHARD E. BOULWARE, II
15 | United States District Court

DATED this 15th day of June, 2021.